(137 So. 535)

## Dempsey HOWARD v. STATE.
### 7 Div. 91.

Supreme Court of Alabama.
Nov. 5, 1931.

,W. T. Starnes, of Pell City, and L. H. Ellis, of Columbiana, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Dempsey Howard for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Dempsey Howard v. State, 137 So. 532.

Writ denied.

ANDERSON, C. J., and THOMAS, BOULDIN, and BROWN, JJ., concur.